No. 2830. OLMEDO ET AL., APPELLEES, *v.* PASTRANA, APPELLANT. — District Court of Humacao. Decided November 7, 1922. It appearing that the judgment was entered on May 29 and the appeal was taken on July 12, following, or after

the expiration of the legal term, the appellee's motion for dismissal is sustained.